388 P.3d 901

**STATE of Hawai'i, Plaintiff–Appellee,**

v.

**Walter GUITY, Defendant–Appellant**

**NO. CAAP–12–0000287**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
October 31, 2016.

As Amended November 21, 2016

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 11–1–0288 and FC–CR. NO. 10–1–0022)

## MEMORANDUM OPINION

Remanded.

388 P.3d 901

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Anthony M. PICKENS, Defendant-Appellant**

**NO. CAAP-15-0000673**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 22, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 14-1-0526)

## SUMMARY DISPOSITION ORDER

Dismissed.

388 P.3d 901

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**James HOOVER, Defendant-Appellant**

**NO. CAAP-15-0000760**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
November 22, 2016.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT (CASE NO. 2DCW-14-0000009)

## SUMMARY DISPOSITION ORDER

Vacated. Remanded.